No. 94–6267. FERTEL-RUST *v.* MILWAUKEE POLICE DEPARTMENT ET AL. C. A. 7th Cir.;

No. 94–6268. FERTEL-RUST *v.* AMBASSADOR HOTEL ET AL. C. A. 7th Cir.; and

No. 94–6340. IN RE WHITAKER. Motions of petitioners for leave to proceed *in forma pauperis* denied. See this Court's Rule 39.8. Petitioners are allowed until December 19, 1994, within which to pay the docketing fee required by Rule 38(a) and to submit petitions in compliance with Rule 33 of the Rules of this Court.

No. 94–6627. IN RE WILSON. C. A. 8th Cir. Petition for writ of common-law certiorari denied.

No. 94–6621. IN RE GRANADA. Petition for writ of habeas corpus denied.

No. 94–628. IN RE TAYLOR ET AL.; and

No. 94–6494. IN RE CHAUDHARY. Petitions for writs of mandamus denied.

No. 94–588. IN RE BIGGINS. C. A. 1st Cir. Petition for writ of mandamus and/or certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 94–270. UNITED STATES *v.* AGUILAR. C. A. 9th Cir. Certiorari granted.

No. 94–590. VERNONIA SCHOOL DISTRICT 47J *v.* ACTON ET UX., GUARDIANS AD LITEM FOR ACTON. C. A. 9th Cir. Certiorari granted.

No. 94–562. WILTON ET AL. *v.* SEVEN FALLS CO. ET AL. C. A. 5th Cir. Certiorari granted. JUSTICE BREYER took no part in the consideration or decision of this petition.